UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAIZER KINSLEY,

Plaintiff,

v.

CITY OF WYOMING, MICHIGAN,

Defendant

and

UNKNOWN POLICE OFFICERS
JOHN DOES 1-6, individually and in
their official capacities,

Defendants, jointly and severally

Case No. 1:23-cv-1051

HON. PAUL L. MALONEY
MAG. SALLY J. BERENS

| | |
|---|---|
| Jonathan Gross (Bar ID: 24133833)<br>Law Office of Jonathan S. Gross<br>Attorney for Plaintiff<br>2833 Smith Ave., Suite 331<br>Baltimore, MD  21209<br>(443) 813-0141<br>jonathansgross@gmail.com | Allan C. Vander Laan (P33893)<br>Kristen L. Rewa (P73043)<br>Cummings, McClorey, Davis & Acho, PLC<br>Attorneys for Defendant City of Wyoming<br>2851 Charlevoix Drive SE, Ste. 203<br>Grand Rapids, Michigan 49546<br>(616) 975-7470<br>avanderlaan@cmda-law.com<br>krewa@cmda-law.com |

**STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE
AND WITHOUT COSTS OR ATTORNEY FEES**

## STIPULATION

NOW COME the parties, by and through their respective counsel, and hereby stipulate that this action be dismissed with prejudice and without costs to any party.

Dated: January 29, 2024    */s/ Jonathan Gross_____ w/ permission____*
Jonathan Gross (Bar ID: 24133833)
Attorney for Plaintiff

Dated: January 29, 2024    */s/ Allan C. Vander Laan_____*
Allan C. Vander Laan (P33893)
Kristen L. Rewa (P73043)
Attorneys for Defendants

## ORDER

Pursuant to the above Stipulation, the Court hereby orders that this action be dismissed with prejudice and without costs to any party.

IT IS SO ORDERED.

This Order resolves the last pending claim and closes the case.

Dated: _____, 2024    _____
Hon. Paul L. Maloney
U.S. District Court Judge